DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETERSON PAUL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1494

[July 15, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562004CF002449A.

Peterson Paul, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***